UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAWONA PACKING CO., LLC, a California limited liability company, dba PRIMA WAWONA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD FAHOUM, et al.,<br><br>Defendants. | Case No.  1:23-cv-00264-BAM<br><br>**ORDER REGARDING NOTICE OF DISMISSAL OF ALIAS NAMES NADIA HUZAM FAHOUM, NADIA HUZAMA AND NADIA HULTIN**<br><br>(Doc. 8)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN FOURTEEN (14) DAYS** |

On February 17, 2023, Plaintiff Wawona Packing Co., LLC dba Prima Wawona initiated this action for alleged violations of the Perishable Agricultural Commodities Act against Defendants Richard Fahoum, aka Rashid Fahoum, aka Rasheed Fahoum, doing business as All American Distributing Co., and Nadia Fahoum, aka Nadia Huzama aka Nadia Hultin.  (Doc. 1.) Plaintiff filed a First Amended Complaint on March 28, 2023, which named the following defendants:  (1) Richard Fahoum, aka Rashid Fahoum, aka Rasheed Fahoum, doing business as All American Distributing Co.; (2) Luxury Addicted, LLC; and (3) Nadia Fahoum, aka Nadia Huzama Fahoum.  (Doc. 5 at ¶¶ 5-7.)  Defendants have not appeared or otherwise responded to the operative complaint.

On April 3, 2023, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule

1  of Civil Procedure 41(a), dismissing its complaint and first amended complaint against defendant
2  alias names Nadia Huzama Fahoum, Nadia Huzama, and Nadia Hultin, only, but not Defendant
3  Nadia Fahoum.  (Doc. 8.)  The Court construes the notice of voluntary dismissal as a request to
4  amend the complaint to correct the name of Defendant Nadia Fahoum pursuant to Federal Rule of
5  Civil Procedure 15(a).

6       Rule 15(a) provides that a court "should freely give leave [to amend] when justice so
7  requires." Fed. R. Civ. P. 15(a)(2).  The intent of the rule is to "facilitate decision on the merits,
8  rather than on the pleadings or technicalities." *Chudacoff v. Univ. Med. Center of S. Nev.*, 649
9  F.3d 1143, 1152 (9th Cir. 2011). Consequently, the "policy of favoring amendments to pleadings
10 should be applied with 'extreme liberality.'" *United States v. Webb*, 655 F.2d 977, 979 (9th Cir.
11 1981).  The Court will therefore grant the request to correct the pleading.  Accordingly, IT IS
12 HEREBY ORDERED as follows:

13     1.    Plaintiff's request for leave to amend is GRANTED;
14     2.    Within fourteen (14) days of the date of this Order, Plaintiff shall file a Second
15 Amended Complaint, correcting the name of Defendant Nadia Fahoum and omitting the alias
16 names of Nadia Huzama Fahoum, Nadia Huzama, and Nadia Hultin for this defendant.

17
18 IT IS SO ORDERED.

19    Dated:   **April 4, 2023**           /s/ Barbara A. McAuliffe
20                                                 UNITED STATES MAGISTRATE JUDGE